# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KLIESH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 21-733 |
| REDEVELOPMENT AUTHORITY OF | : | |
| BUCKS COUNTY; ALLEN TOADVINE,  | : | |
| And JUDGE RAYMOND F. MCHUGH, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of February 2023, upon consideration of Defendant Honorable Raymond F. McHugh's Motion to Dismiss (ECF No. 4), Defendants Redevelopment Authority of Bucks County and Allen Toadvine's Motion to Dismiss (ECF No. 11), and Plaintiff's Responses thereto (ECF Nos. 6, 12), it is hereby **ORDERED** that said Motions are **GRANTED** in accordance with this Court's accompanying Memorandum.

It is further **ORDERED** the Clerk of Court shall mark this matter **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**